1

2

3

4                           **UNITED STATES DISTRICT COURT**

5                                **DISTRICT OF NEVADA**

6

7   FELIX LONG,                              )

8                    Plaintiff,             )         Case No. 2:13-cv-00699-MMD-GWF
                                             )
9   vs.                                     )         **ORDER**
                                             )
10  DWIGHT NEVEN, *et al.*,                 )
                                             )
11                   Defendants.            )
    _____)

12

13          This matter is before the Court on the parties' failure to file an interim status report required

14  by LR 26-3.  The Screening Order (#4) filed May 13, 2013, required the Office of the Attorney

15  General to file the report form attached to the Screening Order (#40) regarding the results of the 90-

16  day stay.  To date the Office of the Attorney General has not complied.  Accordingly,

17          **IT IS ORDERED** counsel for the Office of the Attorney General file the report form

18  attached to the Screening Order (#4) regarding the results of the 90-day stay no later than **August**

19  **26, 2013**.

20          DATED this 14th day of August, 2013.

21

22                                              _____
                                                GEORGE FOLEY, JR.
23                                              United States Magistrate Judge

24

25

26

27

28