# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FELIX LONG,<br>　　　　　　Plaintiff,<br>vs.<br>DWIGHT NEVEN, *et al.*,<br>　　　　　　Defendants. | Case No. 2:13-cv-00699-MMD-GWF<br><br>**ORDER** |

　　　This matter is before the Court on the parties' failure to file an interim status report required by LR 26-3. The Screening Order (#4) filed May 13, 2013, required the Office of the Attorney General to file the report form attached to the Screening Order (#40) regarding the results of the 90-day stay. To date the Office of the Attorney General has not complied. Accordingly,

　　　**IT IS ORDERED** counsel for the Office of the Attorney General file the report form attached to the Screening Order (#4) regarding the results of the 90-day stay no later than **August 26, 2013**.

　　　DATED this 14th day of August, 2013.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge