# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FELIX LONG,

    Plaintiff,

vs.

DWIGHT NEVEN, *et al.*,

    Defendants.

Case No. 2:13-cv-00699-MMD-GWF

**ORDER**

Motion for Enlargement of Time for the Dispositive Motions Deadline (#32)

    This matter is before the Court on Defendants' Motion for Enlargement of Time for the Dispositive Motions Deadline (#32), filed June 17, 2014.

    Pursuant to Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good cause shown. Here, pursuant to the Scheduling Order (#29), dispositive motions were due June 18, 2014. Defendant filed a Motion to Dismiss (#23) on November 20, 2013, which is pending before the Court. Plaintiff failed to file his response to Defendants' motion by the March 10, 2014 deadline. Therefore, Defendants now move this Court to extend the dispositive motions deadline sixty days subsequent to the issuance of the Court's Order on Defendants' pending motion to dismiss. The Court finds Defendants have shown good cause for an extension. Accordingly,

    **IT IS HEREBY ORDERED** that Defendants' Motion for Enlargement of Time for the Dispositive Motions Deadline (#32) is **granted**.

    **IT IS FURTHER ORDERED** that the June 18, 2014 dispositive motions deadline is hereby vacated. Dispositive motions, if necessary, shall be due sixty (60) days after the filing of the Court's Order on Defendants' motion to dismiss (#23).

    DATED this 20th day of June, 2014.

                                    */s/ George Foley, Jr.*
                                    GEORGE FOLEY, JR.
                                    United States Magistrate Judge